*AFFIRMED. See* Fed. Cir. R. 36.

**Donald R. SOEKEN, Plaintiff–Appellant,**

**v.**

**UNITED STATES Defendant–Appellee.**

**No. 01–5019.**

United States Court of Appeals, Federal Circuit.

Oct. 10, 2001.

Before LOURIE, BRYSON, and LINN, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED: